**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH J. TAGGART,<br><br>           Debtor/Plaintiff,<br><br> v.<br><br>AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE; GREGORY FUNDING, LLC; AND GREAT AJAX OPERATING PARTNERSHIP, LP,<br><br>           Defendants | CHAPTER 11 PROCEEDING<br><br>Case No. 21-12476-AMC<br><br>Adversary No. 22-00019-AMC<br><br>**MOTION TO DISMISS ADVERSARY COMPLAINT AND QUIET TITLE ACTION WITH PREJUDICE** |

Defendants AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee ("AJX Mortgage"), Gregory Funding, LLC ("GF"), and Great Ajax Operating Partnership, LP ("Great Ajax")  (collectively, "Defendants"), by and through their undersigned counsel, hereby move, pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(b)(6), to dismiss the adversary complaint (the "Complaint") filed by Plaintiff/Debtor Kenneth J. Taggart ("Plaintiff" or "Taggart"), with prejudice. The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

                  Respectfully submitted,

Dated: March 29, 2022

          */s/ Jill Manuel-Coughlin*
          Jill Manuel-Coughlin, Esq. (PA ID No. 63252)
          Daniel C. Fanaselle, Esq. (PA ID No. 312292)
          POWERS KIRN, LLC
          Eight Neshaminy Interplex, Suite 215
          Trevose, PA 19053
          T: (215) 564-8695
          F: (215) 564-8120
          jill@powerskirn.com
          daniel.fanaselle@powerskirn.com

          *Attorneys for Defendants*