# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH J. TAGGART, | CHAPTER 11 PROCEEDING |
| Debtor/Plaintiff, | Case No. 21-12476-AMC |
| v. | Adversary No. 22-00019-AMC |
| AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE, GREGORY FUNDING, LLC, AND GREAT AJAX OPERATING PARTNERSHIP, LP, | |
| Defendants | |

## ORDER DISMISSING ADVERSARY COMPLAINT
## AND QUIET TITLE ACTION WITH PREJUDICE

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Dismiss Plaintiff's Complaint, filed by Defendants AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, Gregory Funding, LLC, and Great Ajax Operating Partnership, LP, and any response thereto, it is hereby ORDERED that the Motion is GRANTED, and that Plaintiffs' Adversary Complaint and Quiet Title Action is DISMISSED WITH PREJUDICE, and pursuant thereto, it is hereby further ORDERED that:

a. Plaintiff's claims for Quiet Title and Declaratory Judgment (Counts One – Six) are hereby DISMISSED WITH PREJUDICE; and

b. Plaintiff's claims for breach of contract (Counts Seven – Fifteen) are hereby DISMISSED WITH PREJUDICE; and

c. Plaintiff's claims for fraud (Counts Sixteen – Nineteen) are hereby DISMISSED WITH PREJUDICE)

IT IS SO ORDERED.

_____ J.