# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH J. TAGGART,<br><br>            Debtor/Plaintiff,<br><br>v.<br><br>AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE, GREGORY FUNDING, LLC, AND GREAT AJAX OPERATING PARTNERSHIP, LP,<br><br>            Defendants | CHAPTER 11 PROCEEDING<br><br>Case No. 21-12476-AMC<br><br>Adversary No. 22-00019-AMC<br><br>**CERTIFICATE OF SERVICE** |

Kenneth J. Taggart
d/b/a Kenneth J. Taggart, Landlord
45 Heron Road
Southampton, PA 18966

*Debtor/Plaintiff*

Office of the United States Trustee
833 Chestnut Street
Suite 511
Philadelphia, PA 19107

Dated: March 29, 2022

*/s/ Jill Manuel-Coughlin*
Jill Manuel-Coughlin, Esq. (PA ID No. 63252)
Daniel C. Fanaselle, Esq. (PA ID No. 312292)
POWERS KIRN, LLC
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
T: (215) 564-8695
F: (215) 564-8120
jill@powerskirn.com
daniel.fanaselle@powerskirn.com

*Attorneys for Defendants*

21-0235