LOCAL BANKRUPTCY FORM 9014-3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Kenneth Taggart | : | Chapter 11 |
| | : | |
| Debtor | : | Bankruptcy No. 21-12476-amc |

FILED
MAY - 3 2022
TIMOTHY McGRATH, CLERK

* * * * * * *

NOTICE OF MOTION FOR "STAY" REGARDING CLAIMS BY AJX MORTGAGE TRUST

RESPONSE DEADLINE: May 17, 2022

HEARING DATE: June 1, 2022

Kenneth Taggart has filed a **"Motion for Stay" to the claims between**

**Debtor Kenneth Taggart and AJX Mortgage Trust I**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 17, 2022. You or your attorney must do all of the following:

    (a) file an answer explaining your position at

    The Bankruptcy Court for the Eastern District of Pennsylvania
    Clerk's Office
    900 Market St # 400,
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enoughso that it will be received on or before the date stated above; and

    (b) mail a copy to the movant, Pro Se:

Kenneth Taggart

45 Heron Rd,

Holland, Pa 18966

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley Chan, on June1, 2022, at 12:30, via Telephonic means, United States Bankruptcy Court, for the Eastern District of Pennsylvania: (The phone number is: 1877-873-8017 – Access code is 3027681)

    United States Bankruptcy Court
    900 Market St # 400,
    Philadelphia, PA 19107

4. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the Debtor (Pro Se) named in paragraph 1(b).

6. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 3, 2022

*[signature]*

Kenneth Taggart, Pro Se