United States Bankruptcy Court

Eastern District of Pennsylvania

Taggart,
    Plaintiff

Gregory Funding, LLC,
    Defendant

Adv. Proc. No. 22-00019-amc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: 232 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | AJX Mortgage Trust I, a Delaware Trust, Wilmington, c/o Thetis Management, LLC, 9400 SW Beaverton, Hillsdale Hwy, 131, Beaverton, OR 97005-3300 |
| dft | + | Great Ajax Operating Partnership, L.P., P.O. Box 25430, Portland, OR 97298-0430 |
| dft | + | Gregory Funding, LLC, 9400 S.W. Beaverton-Hillsdale Hwy, Suite #131, Beaverton, OR 97005-3300 |
| pla | + | Kenneth Taggart, 45 Heron Road, Southampton, PA 18966-2109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 03 2022 23:54:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Defendant Gregory Funding  LLC bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 03, 2022 | Form ID: 232 | Total Noticed: 5

on behalf of Creditor AJX Mortgage Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee bankruptcy@powerskirn.com

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Taggart v. Gregory Funding, LLC et al

    Debtor(s)                                                Bankruptcy No: 22−00019−amc

                                                                                                                                                                        Chapter: 0

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE


<u>Kenneth J. Taggart</u> has filed Motion to Stay with the court.


1. <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before <u>May 17, 2022</u> you or your attorney must file a response to the Motion. (*see Filing Instructions below*).

3. A hearing on the Motion is scheduled to be held on 6/1/22 , at 12:30 PM in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408− 2800 and for Reading cases at 610−208−5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the movant whose name and address is listed on this Notice.

Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005−1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse 900 Market Street, Suite 400 Philadelphia, PA 19107

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant:

[Movant name] <u>Kenneth J. Taggart</u>

[Address] 45 Heron Road, Holland, PA 18966

[Phone No.]

[Fax No.]

[E−mail address]

[If applicable, name and address of others to be served.]

Dated: 5/3/22

19 − 18
Form 232